IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02976-KLM

DELPHINIA TRUE,

    Plaintiff,

v.

NASH-FINCH COMPANY,

    Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Independent Medical Examination of the Plaintiff** [Docket No. 26; Filed June 12, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Accordingly, pursuant to Fed. R. Civ. P. 35,

    IT IS FURTHER **ORDERED** that Plaintiff shall submit to an independent medical examination by I. Stephen Davis, M.D. ("Davis"), on June 26, 2013 at 1:00 p.m. at the office of Dr. Davis, which is located at 2460 W. 26th Ave., Building C, Suite 230, Denver, CO 80211.

    Dated:  June 17, 2013