IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02976-KLM

DELPHINIA TRUE,

    Plaintiff,

v.

NASH-FINCH COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Enforcement of Settlement Agreement and Request for a Forthwith Determination** [#31] (the "Motion to Enforce"); on Plaintiff's **Withdrawal of Plaintiff's Motion for Enforcement of Settlement Agreement and Request for a Forthwith Determination** [#33] (the "Motion to Withdraw"); and on Defendant's **Motion for Extension of time to File Dismissal Documents** [#34] (the "Motion for Extension").

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#33] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Motion to Enforce [#31] is deemed **WITHDRAWN**.

    IT IS FURTHER **ORDERED** that the Motion for Extension [#34] is **GRANTED**. The parties shall file dismissal papers **on or before December 31, 2013**.

    Dated:  December 16, 2013