IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02976-KLM

DELPHINIA TRUE,

    Plaintiff,

v.

NASH-FINCH COMPANY,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Dismiss With Prejudice** [#36] (the "Motion").

IT IS HEREBY **ORDERED** the Motion [#36] is **GRANTED**.

IT IS FURTHER **ORDERED** that all claims asserted in this lawsuit are **DISMISSED WITH PREJUDICE**.

IT IS FURTHER **ORDERED** that each party shall bear its own costs and attorney fees.

IT IS FURTHER **ORDERED** that this action is hereby terminated.

Dated: January 7, 2014

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge